PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Ricardo Rowley             Cr.: 21-00837-001
                                                                                                                 PACTS #: 6857043

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/21/2022

Original Offense:    Count One: Controlled Substance – Sell, Distribute, or Dispense, 21 U.S.C. § 841(A)(1) and (B)(1)(D)
                       Count Two: Withholding Information on a Crime, 18 U.S.C. § 4

Original Sentence: Time Served imprisonment, 48 months supervised release

Special Conditions: $200 – Special Assessment, Internal Revenue Service – Cooperation, Self-Employment/Business Disclosure, Consent to Search, Life/Skills Education, and Supporting Dependents

Type of Supervision: Supervised Release                           Date Supervision Commenced: 04/21/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.'** |
| | On April 28, 2022, Rowley submitted a urine screen which tested positive for marijuana (THC). He admitted to eating a marijuana brownie in early April prior to sentencing date. |

**U.S. Probation Officer Action:**

The Middle District of Pennsylvania, U.S. Probation Office is respectfully requesting for no formal Court action to be taken at this time. The Probation Office will continue to monitor and test Rowley, and if he should test positive or admit to additional illicit drug use, he will be recommended for treatment if needed.

Prob 12A – page 2
Ricardo Rowley

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bm

PREPARED BY:

*Brendan G. Murillo*        05/19/2022
BRENDAN G. MURILLO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

5/19/22
Date